.

| | | |
|---|---|---|
| VANESSA KAY FOWLER<br>147 LINKS DR<br>APT 31G<br>CANTON, MS 39046 | COMENITY BANK<br>BANKRUPTCY DEPARTMENT<br>PO BOX 182125<br>COLUMBUS, OH 43218 | ONEMAIN<br>PO BOX 1010<br>EVANSVILLE, IN 47706 |
| THOMAS C. ROLLINS, JR.<br>THE ROLLINS LAW FIRM, PLLC<br>P.O. BOX 13767<br>JACKSON, MS 39236 | CONCORA CREDIT<br>ATTN: BANKRUPTCY<br>PO BOX 4477<br>BEAVERTON, OR 97076 | SYNCHRONY BANK<br>ATTN: BANKRUPTCY<br>PO BOX 965060<br>ORLANDO, FL 32896 |
| AFTERPAY<br>222 KEARNY ST #600<br>SAN FRANCISCO, CA 94103 | CREDIT ONE BANK<br>ATTN: BANKRUPTCY DEPT<br>6801 CIMARRON RD<br>LAS VEGAS, NV 89113 | |
| BRIDGETTE FOWLER<br>3595 APT B<br>TUPELO, MS 38801 | DISCOVER FINANCIAL<br>ATTN: BANKRUPTCY<br>PO BOX 30943<br>SALT LAKE CITY, UT 84130 | |
| CAPITAL ONE<br>ATTN: BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY, UT 84130 | EASY PAY<br>P.O. BOX 2823<br>MONROE, WI 53566 | |
| CAPITAL ONE AUTO<br>PO BOX 260848<br>PLANO, TX 75026-0848 | FORTIVA<br>ATTN: BANKRUPTCY<br>PO BOX 105555<br>ATLANTA, GA 30348 | |
| CARMAX AUTO FINANCE<br>ATTN: BANKRUPTCY<br>12800 TUCKAHOE CREEK PKWY<br>RICHMAN, VA 23238 | KLARNA<br>PO BOX 8116<br>COLUMBUS, OH 43201 | |
| CASHNET USA<br>175 W JACKSON<br>STE 1000<br>CHICAGO, IL 60604 | MERRICK BANK CORP<br>PO BOX 9201<br>OLD BETHPAGE, NY 11804 | |
| COMENITY BANK<br>ATTN: BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS, OH 43218 | NELNET<br>PO BOX 300001<br>GREENVILLE, TX 75403 | |