**IN THE UNITED STATES BANKRUPTCY COURT FOR
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON-3 DIVISIONAL OFFICE**

| | |
|---|---|
| IN RE: | * |
| | *    CASE NO.: 25-03008-JAW |
| VANESSA KAY FOWLER, | * |
| | * |
| Debtor. | * |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

**Capital One Auto Finance, a division of Capital One, N.A.** (hereinafter "Movant") respectfully shows and represents unto this Court as follows:

1. The Debtor Vanessa Kay Fowler and Co-debtor Bridgette Marie Fowler, entered into a Retail Installment Sale Contract (hereinafter "Contract") with CANTON MAC HAIK CDJR LTD (hereinafter "Dealership") granting a security interest in the following personal property:

**2022 Toyota Camry Sedan 4D LE 2.5L I4, VIN: 4T1C11AKXNU643063**

Contemporaneously with its execution, the contract was assigned to Movant, a copy of said Contract is annexed hereto and made part hereof by reference. Copy of the installment sales contract are attached in Exhibits "A".

2. The security interest of the Movant in the above described personal property was perfected by the issuance of the Certificate of Title, a copy of which is annexed hereto and made part hereof by reference. Copy of title are attached as Exhibits "B".

3. Stephen Smith was appointed Acting Trustee of the estate of said Debtor, has qualified and is now acting as such Trustee.

4. Debtor has defaulted in payments under the terms of the aforementioned contract in the sum of $4,203.35 as of December 08, 2025. Copy of Payment history are attached as Exhibits "D".

5. As of filing of the Motion, Debtor owes a contract balance to Movant of $30,711.32.

6. The estimated replacement value a retail merchant would charge for the Collateral is $19,440.00 (90% of valuation). A copy of N.A.D.A. valuation is attached as Exhibit "C".

7. The Debtor's intent is to surrender the above mentioned personal property to the Movant.

8. The Movant expressly determines that there is no reason for delay and expressly directs

that this Order be entered as a Final Order against the Debtor and is therefore immediately effective to terminate the automatic stay and shall not be subject to Rule 4001(a)(4) of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, Movant, **Capital One Auto Finance, a division of Capital One, N.A.** respectfully moves the Court to enter an Order against the Debtor and Trustee terminating the automatic stay imposed by 11 U.S.C. 362 as regards the referenced personal property, and allowing Movant to file a proof of claim to reflect the balance for any Deficiency upon the entry of this order and ordering the Debtor to make said collateral available for the Creditor's possession and allowing Movant to contact the Debtor for the sole purpose of making arrangements for the return of the collateral.

WHEREFORE, Movant also requests such other relief to which it may be entitled and any relief that the Court seems just and proper.

**William C. Poole, LLC**
**Attorney For**
**Capital One Auto Finance,**
**a division of Capital One, N.A.**

BY: **/s/ Wesley H. Blacksher**
**WESLEY H. BLACKSHER BAR103026**
**For the Firm**
**917 Western America Circle**
**Suite 210**
**Mobile, AL 36609**
**(251) 344-5015**
**HWPoolelaw@gmail.com**

**CERTIFICATE OF SERVICE**

I, Wesley H. Blacksher, do hereby certify that I have this day caused to be served, via CM/ECF and/or United States Postal Service, a true and correct copy of the above and foregoing document to:

Thomas Carl Rollins, Jr
PO BOX 13767
Jackson MS 39236
trollins@therollinsfirm.com

ATTORNEY FOR DEBTOR

Stephen Smith
1052 Highland Colony Pkwy, Suite 100
Ridgeland MS 39157
trustee@hrkcpa.com
TRUSTEE

United States Trustee
501 East Court Street,
Suite 6-430
Jackson MS 39201
USTPRegion05.JA.ECF@usdoj.gov
U.S. TRUSTEE

Vanessa Kay Fowler
147 Links Dr Apt 31 G
Canton MS 39046

DEBTOR

Bridgette Marie Fowler
147 Links Dr Apt 31 G
Canton MS 39046
Co-debtor

SO CERTIFIED this the 19 day of December 2025.

/s/ Wesley H. Blacksher
Wesley H. Blacksher