**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON-3 DIVISIONAL OFFICE**

IN RE:

VANESSA KAY FOWLER,                                      CASE NO. 25-03008-JAW

        Debtor.

### ORDER TERMINATING THE AUTOMATIC STAY

This matter having come on for consideration upon the Motion for Relief from Automatic Stay filed on behalf of Capital One Auto Finance, a division of Capital One, N.A. (hereinafter "Movant"), (Doc. No.#    ), and Movant represented to the Court that it served the Motion in accordance with all applicable rules, and further that no timely response was filed and accordingly, said Motion should be granted, it is therefore,

ORDERED, ADJUDGED AND DECREED that the Automatic Stay of Section 362 of the Bankruptcy Code is hereby terminated as to Movant, as to one (1) 2022 Toyota Camry Sedan 4D LE 2.5L I4, VIN 4T1C11AKXNU643063.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the subject matter personal property collateral of the Debtor, be, and the same hereby is, abandoned as property of the estate.

###END OF ORDER###

Order Submitted by:
Wesley H. Blacksher BAR103026
HWPoolelaw@gmail.com
For the Firm of William C. Poole, LLC
917 Western America Circle
Suite 210

Mobile, AL 36609
Telephone: (251) 344-5015