United States Bankruptcy Court
Southern District of Mississippi

In re:                                                    Case No. 25-03008-JAW

Vanessa Kay Fowler                                        Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3          User: admin          Page 1 of 2

Date Rcvd: Mar 04, 2026          Form ID: 318          Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vanessa Kay Fowler, 147 Links Dr, Apt 31G, Canton, MS 39046-5239 |
| 5594206 | | Bridgette Fowler, 3595 Apt B, Tupelo, MS 38801 |
| 5594216 | + | Easy Pay, P.O. Box 2823, Monroe, WI 53566-8023 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Mar 05 2026 00:26:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5594205 | ^ | MEBN | Mar 04 2026 19:25:06 | Afterpay, 222 Kearny St #600, San Francisco, CA 94108-4509 |
| 5594209 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Mar 04 2026 19:29:00 | CarMax Auto Finance, Attn: Bankruptcy, 12800 Tuckahoe Creek, Pkwy, Richman, VA 23238 |
| 5594207 | + | EDI: CAPITALONE.COM | Mar 05 2026 00:26:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5594208 | | EDI: CAPONEAUTO.COM | Mar 05 2026 00:26:00 | Capital One Auto, PO Box 260848, Plano, TX 75026-0848 |
| 5598020 | + | EDI: AISACG.COM | Mar 05 2026 00:26:00 | Capital One Auto Finance, a division of Capital One, N.A., c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5594210 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Mar 04 2026 19:29:00 | CashNet USA, 175 W Jackson, Ste 1000, Chicago, IL 60604-2863 |
| 5594211 | + | EDI: WFNNB.COM | Mar 05 2026 00:26:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5594212 | + | EDI: WFNNB.COM | Mar 05 2026 00:26:00 | Comenity Bank, Bankruptcy Department, Po Box 182125, Columbus, OH 43218-2125 |
| 5594213 | + | EDI: PHINGENESIS | Mar 05 2026 00:26:00 | Concora Credit, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5594214 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 04 2026 19:39:36 | Credit One Bank, Attn: Bankruptcy Dept, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5594215 | | EDI: DISCOVER | Mar 05 2026 00:26:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 5594217 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 04 2026 19:29:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 5594218 | | Email/Text: customerservice.us@klarna.com | Mar 04 2026 19:29:00 | Klarna, PO Box 8116, Columbus, OH 43201 |
| 5594219 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

District/off: 0538-3                  User: admin                          Page 2 of 2

Date Rcvd: Mar 04, 2026              Form ID: 318                      Total Noticed: 21

| | | | | Mar 04 2026 19:39:32 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
|---|---|---|---|---|---|
| 5594220 | + | EDI: MAXMSAIDV | | | |
| | | | | Mar 05 2026 00:26:00 | Nelnet, Po Box 300001, Greenville, TX 75403-3001 |
| 5594221 | + | EDI: AGFINANCE.COM | | | |
| | | | | Mar 05 2026 00:26:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 5594222 | + | EDI: SYNC | | | |
| | | | | Mar 05 2026 00:26:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2026                   Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Stephen Smith | trustee@hrkcpa.com  MS02@ecfcbis.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Vanessa Kay Fowler trollins@therollinsfirm.com<br>jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Wesley H. Blacksher | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. BlacksherW@aol.com,<br>debbie_presley.wcp@outlook.com;debbie_presley@bellsouth.net |

TOTAL: 4

*Information to identify the case:*

| | | |
|---|---|---|
| Debtor 1 | **Vanessa Kay Fowler** | Social Security number or ITIN   **xxx–xx–6124** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number:   **25–03008–JAW**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Vanessa Kay Fowler**

Dated: 3/4/26

**By the court:** /s/Jamie A. Wilson
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---